

RECEIVED
06 JUL 24 PM 2: 53
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

## U.S. DISTRICT COURT OF WESTERN TENNESSEE

**CHARMANE SMITH**
1509 Mink Street
Memphis, TN  38111-7203
(901) 743-5079
   Plaintiff.

Case No.:

_____
**JURY TRIAL REQUESTED**

   v.

**THE UNITED STATES OF AMERICA**
**THE FEDERAL COMMUNICATIONS COMMISSION**
445 12TH Street, S.W.
Washington, D.C.  20554
(202) 418-1000
   Defendants,

**JEFFEREY A. ZUCKER**, C.E.O.
**ROBERT C. WRIGHT**, C.E.O.
**MARC J. SAPERSTEIN**, Chairman/C.E.O.
**NATIONAL BROADCASTING COMPANY**
**NBC UNIVERSAL, INC.**
30 Rockefeller Plaza
New York, NY  10112
(212) 664-4444
   Defendants,

**JEFFREY R. IMMELT**, Chairman/C.E.O.
**LLOYD G. TROTTER**, E.V.P.
**GENERAL ELECTRIC COMPANY**
3135 Easton Turnpike
Fairfield, CT  06828
(203) 373-2211
   Defendants,

**L. LOWRY MAYS**, Chairman
**MARK P. MAYS**, C.E.O./Director
**RANDALL T. MAYS**, President/C.F.O.
**CLEAR CHANNEL COMMUNICATIONS, INC.**
200 E. Basse Rd.

San Antonio, TX   78209
(210) 822-2828
   Defendants,

**CAROLYN GILBERT**, President
**ROBIN MADDY**, V.P.F.
**CRITICAL MASS MEDIA, INC.**
3857 Ivanhoe Avenue
Cincinnati, OH   45212
(513) 631-4266
   Defendants,

**STUART O. OLDS**, C.E.O.
**ROBERT DAMON**, C.F.O.
**KATZ MEDIA GROUP, INC.**
125 W. 55th Street
New York, NY   10019
(212) 424-6000
   Defendants,

**KRAIG KITCHIN**, President
**DANIEL M. YUKELSON**, E.V.P./C.F.O.
**PREMIERE RADIO NETWORKS, INC.**
15260 Ventura Blvd., 5th Floor
Sherman Oaks, CA   91403
(818) 377-5300
   Defendants,

**NINA TASSLER**, President
**GEORGE SCHWEITZER**, President
**CBS**
51 W. 52nd Street
New York, NY   10019
(212) 975-4321
   Defendants,

**ANNE M. SWEENEY**, Co-Chairman
**JEFFREY BADER**, E.V.P.
**JOHN ROUSE**, S.V.P.
**ABC, INC.**
77 W. 66th Street
New York, NY   10023
(212) 456-7777
   Defendants,

**ED WILSON**, President
**DEL MAYBERRY**, E.V.P.
**FOX BROADCASTING COMPANY**
10201 W. Pico Blvd.
Las Angeles, CA  90035
(310) 369-3553
    Defendants,

### CIVIL COMPLAINT UNDER TITLE 28 {{{ 1331, 1332(a)(1), 1343(a)(1)(2)(3)(4), 1346(b)(1) and Title 18 U.S.C. {{ 2255(a), 1593(a)

**COMES NOW, Plaintiff CHARMANE SMITH** acting pro se and moves this U.S. District Court for a **CASH AWARD** of **$2,000,000,000,000.00 (2 Trillion Dollars)** and **All Court** and **Attorneys' Fees** to be paid to Plaintiff SMITH by the **ABOVE-NAMED DEFENDANTS**. In support of this request, Plaintiff SMITH states:

1. The U.S. GOVERNMENT and the FEDERAL COMMUNICATIONS COMMISSION failed to regulate the U.S. Media Industry to prevent and prohibit illegal, immoral, defamatory, and continuous violations of my (PLAINTIFF SMITH) right to privacy, in violation of their own laws, statutes, and rules; in violation of Title 18 U.S.C., Section 1464.

2. The U.S. Media Industry has broadcasted obscene, profane, indecent, and slanderous comments to appeal to and promote prurient interests, and to provoke resentment, mistrust, jealousy, harassment, and persecution against me (PLAINTIFF SMITH).

3. The Defendants conspired to injure, oppress, threaten, and intimidate me by

spreading vicious, defamatory rumors through television and covert radio broadcasts and through celebrities who had the potential to influence the public, in violation of Title 18, Section 241.

4. Defendants have exploited me, through covert radio and television broadcasts, for at least 25 years. Because the Defendants exploited me before the age of 18, they were guilty of distributing child pornography and of exploiting a child, in violation of Title 18 U.S.C., sections 1464, 1466(a)(b), 1458(a)(b), 2251(a), 2252(a)(1)(A)(B), 1591(a)(1)(2), and 1584.

5. Defendants have exploited me for profit, without my initial knowledge or consent, in violation of Title 18 U.S.C., section 1584.

6. Defendants have committed Libel Per Se against me by promoting a a hoax in the form of a series of false accusations, ideas, and phrases that caused me physical, emotional, personal, educational, professional, and financial harm. Defendants induced public acceptance of and participation in harmful rumor-milling, harassment, and persecution.

7. Defendants have illegally invaded and exploited my privacy, in violation of the privacy guarantee of the 4th Amendment of the U.S. Constitution. Defendants have committed unreasonable intrusion of my home, violated my right to privacy, violated my right of publicity, have illegally publicized my private information and facts, and have publicized information that has placed me in a false light (defamed my character); the invasion of my privacy is not warranted by and does not serve any legitimate interest that benefits society. The invasion and exploitation of my privacy has

been detrimental to myself, my family, and society as a whole.

**WHEREFORE, Plaintiff CHARMANE SMITH**, respectfully requests that this Court AWARD Compensatory, Special, General, Statutory, Punitive, and Treble Damages of **$2,000,000,000,000.00** to be paid to PLAINTIFF CHARMANE SMITH by the here-in listed Defendants.

Respectfully,

*Charmane Smith*
**CHARMANE SMITH**, Plaintiff
1509 Mink Street
Memphis, TN  38111-7203
(901) 743-5079

Dated:  July 18, 2006

Charmane Smith
1509 Mink Street
Memphis, TN 38111

Attn: Thomas Gould
U.S. District Court of West TN
242 Federal Bldg.
167 N. Main Street
Memphis, TN 38111