RECEIVED

U.S. DISTRICT COURT
WESTERN TENNESSEE

2007 JAN 17 PM 5: 04

**CHARMANE SMITH**　　　　　　　　　Case No.:
1509 Mink Street
Memphis, TN  38111-7203　　　　　　**06 – 2484 – Ma / V**
(901) 743-5079
    Plaintiff,

          v.

**UNITED STATES OF AMERICA**
**THE FEDERAL COMMUNICATIONS COMMISSION, ET AL.**
445 12th Street, S.W.
Washington, D.C.  20544
(202) 418-1000
    Defendants.

### NOTICE OF APPEAL UNDER RULE 3
### OF THE FEDERAL RULES OF APPELLATE PROCEDURE

    Notice is hereby given that Plaintiff CHARMANE SMITH, in the above named case, hereby appeals to the United States Court of Appeals for the 6th Circuit from the final judgment entered in this action on the 8th day of January, 2006.

Signed,

*Charmane Smith*

Charmane Smith, Plaintiff-Appellant
1509 Mink Street
Memphis, TN  3811-7203
(901) 743-5079

Date:  January 15, 2007

C. Smith
1509 Mon B. Street
Memphis, TN 38111

RECEIVED
2007 JAN 17 PM 5:04

MEMPHIS TN 381
15 JAN 2007 PM 5 T

Attn: Clerks Office
U.S. District Court
242 Federal Building
167 N. Main Street
Memphis, TN 38103

38103+1815

