UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**CHARMANE SMITH,**

    **Plaintiff,**

v.                                      Cv. No. 06-2484-Ma

**UNITED STATES OF AMERICA, et al.,**

    **Defendants.**

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal, docketed January 9, 2007. Any appeal in this matter by Plaintiff, proceeding *in forma pauperis*, is not taken in good faith.

**APPROVED:**

S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| January 17, 2007 | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | Jean Lee |
| | (By) DEPUTY CLERK |