**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MARY PATTERSON
(513) 564-7033
(FAX) 564-7094
www.ca6.uscourts.gov

Filed: February 2, 2007

Charmane Smith
1509 Mink Street
Memphis, TN 38111-7203

RE: 06-6593
In re: Charmane Smith
District Court No. 06-02484

Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

Mary Patterson
Case Manager

Enclosure

cc:
   Honorable Samuel H. Mays Jr.
   Mr. Thomas M. Gould

No. 06-6593

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

FEB 0 2 2007

LEONARD GREEN, Clerk

In re: CHARMANE SMITH,

    Petitioner.

)
)
)   O R D E R
)
)

Before: SUHRHEINRICH, SUTTON, and McKEAGUE, Circuit Judges.

On July 24, 2006, the petitioner filed a *pro se* civil complaint seeking two trillion dollars in damages from multiple corporations and individuals in the communications industry for their alleged defamation and exploitation of the petitioner "through covert radio and television broadcasts, for at least 25 years." The petitioner now seeks from this court a writ of mandamus directing the district court to direct service of her complaint and to allow her complaint to proceed to trial *in forma pauperis*.

The district court entered an order on January 9, 2007, dismissing the petitioner's action as frivolous, and the petitioner filed a notice of appeal on January 17, 2007. These events render moot the relief sought by the petitioner in her mandamus petition.

It therefore is **ORDERED** that the petition for a writ of mandamus is dismissed.

ENTERED BY ORDER OF THE COURT

A TRUE COPY.
Attest:
LEONARD GREEN, Clerk
By _____
    Deputy Clerk

06-02484

*Leonard Green*
Clerk