**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Leonard Green
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 16, 2007

Charmane Smith
1509 Mink Street
Memphis, TN 38111-7203

Re: No. 07-5107, *Smith v. USA, et al*
Originating Case No. 06-02484

Dear Ms. Smith,

Enclosed is a copy of an order that has been entered today in this appeal.

Sincerely yours,

s/Mary Patterson
Case Manager
Direct Dial No. 513-564-7033
Fax No. 513-564-7094
CA06-Team3@ca6.uscourts.gov

cc: Mr. Thomas M. Gould
    Honorable Samuel H. Mays

Case No. 07-5107

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

CHARMANE SMITH,

    Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; et al.

    Defendants - Appellees

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

> The $455.00 appeal filing fee was not paid to the U.S. District Court by October 9, 2007.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: October 16, 2007

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By_____
    Deputy Clerk

06-02484